UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 8:25-cv-01082-MSS-NHA

**STEPHEN KNUTH**,

    Plaintiff,

vs.

**ADT LLC,**

    Defendant(s).

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Stephen Knuth, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above styled action. Defendant ADT LLC has not filed an answer or motion for summary judgment.

DATED: May 15, 2025

    Respectfully Submitted,

    /s/ Faaris K. Uddin             .
    **FAARIS K. UDDIN, ESQ.**
    Florida Bar No.: 1054470
    E-mail: faaris@jibraellaw.com
    1515 NE 26th St
    Wilton Manors, FL 33305
    Phone: 954-907-1136

    *COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                              Respectfully Submitted,

                              /s/ Faaris K. Uddin                  .
                              **FAARIS K. UDDIN, ESQ.**
                              Florida Bar No.: 1054470
                              E-mail: faaris@jibraellaw.com

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com